UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| METTANIE TAPIA, on behalf of herself and all others similarly situated, | DOCKET NO.: 14-CV-02587 (DLI)(VMS) |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| -against- | |
| ASPL CAFÉ INC. d/b/a RIVIERA GENTLEMAN'S CLUB, and GEORGE DORIZAS, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       October 8, 2014

BERKE-WEISS & PECHMAN LLP

By: _____
    Louis Pechman, Esq.

488 Madison Avenue; 11th Floor
New York, New York 10022
Telephone: (212) 583-9500
Facsimile: (212) 208-8582
E-mail:    pechman@bwp-law.com

*Attorneys for Plaintiff*

MOSES & SINGER LLP

By: _____
    David B. Feldman, Esq.

405 Lexington Avenue
New York, New York 10174
Telephone: (212) 554-7635
Facsimile: (212) 377-6068
E-mail:    dfeldman@mosessinger.com

*Attorneys for Defendants*

937952v1  000010.01000